UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SANDRA RAWLINE, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-11-2379 |
| | § | |
| CAPITAL TITLE OF TEXAS, LLC, | § | |
| | § | |
| *Defendant*. | § | |

## Order

The jury trial in this matter is set to begin Wednesday, September 17, 2012 at 11:00 a.m. in Courtroom 9D, 515 Rusk, Houston, Texas. The final pretrial conference will be held at 9:00 a.m. on this same date. The joint pretrial order and all other required trial materials (*See* Judge Miller's court procedures available at www.txs.uscourts.gov) are due no later than close of business Monday, September 4, 2012. All objections to the parties' exhibits and/or witnesses are due no later than close of business on Monday, September 10, 2012.

Signed at Houston, Texas on June 19, 2012.

_____
Gray H. Miller
United States District Judge